# UNITED STATES BANKRUPTCY COURT

### Northern District of Indiana
### South Bend Division

In Re: Debtor(s) (name(s) and address)
Paulita Arlene Hernandez
xxx–xx–1026
2012 South Walnut Street
South Bend, IN 46613

)
)
)
) Case Number: 21–31347–pes
)
)
)
)
)
) Chapter: 7
)
)
)
)
)
)

# <u>NOTICE TO ALL CREDITORS</u>

    NOTICE IS HEREBY GIVEN that this case was closed on the 3rd day of January, 2025 without the entry of a discharge for Paulita Arlene Hernandez because the debtor(s) failed to file a statement regarding the completion of a course in personal financial management as required by Fed. R. Bankr. P. 1007(b)(7).

    Dated: January 3, 2025 .

Amber E. Craig
_____
Clerk, United States Bankruptcy Court
401 South Michigan Street
South Bend, Indiana 46601

Document No. 76